# HansaWorld USA, Inc.

**INVOICE**
**2900001**



| | | | | |
|---|---|---|---|---|
| **Invoice Date** | 08/27/2009 | | **Customer No.** | 1110405 |
| **Payment Terms** | 7 Days from Invoice | | **For Attention Of** | |
| **Due Date** | 09/03/2009 | | **Customer VAT Code** | |
| **Salesman** | Kim Davenport | | **Customer Order Number** | |

| Item | Qty | Description | Price | -% | SUM |
|---|---|---|---|---|---|
| | | Project: 2090004 | | | |
| | | Vocalinks Implementation | | | |
| 20104 | 3 | Analysis Phase - Consulting, Consulting>>Initial Database set up 08/04/2009, 10:00 - 13:00 | 175.00 | | 525.00 |
| 20104 | 7.5 | Analysis Phase - Consulting, Consulting>>Training 08/05/2009, 09:00 - 16:30 | 175.00 | | 1 312.50 |
| 20104 | 7.5 | Analysis Phase - Consulting, Consulting>>Training 08/06/2009, 09:00 - 16:30 | 175.00 | | 1 312.50 |
| 20104 | 7.5 | Analysis Phase - Consulting, Consulting>>Training 08/07/2009, 09:00 - 16:30 | 175.00 | | 1 312.50 |
| 20104 | 6 | Analysis Phase - Consulting, Consulting>>Training 08/08/2009, 08:30 - 14:30 | 175.00 | | 1 050.00 |

- 2% settlement discount is subject to payments received before due date
- When payments are made by cheque, an additional fee of 2,5% at a minimum charge of 25 GBP will be charged
- In case of late payment, interest on overdue payment will be charged at 13,5% per year as well as a reminder fee of 25 GBP

| | |
|---|---|
| **Total excluding VAT:** | 5 512.50 |
| **VAT %:** | 0.00 |
| **VAT:** | |
| **Total Invoice Value:** | 5 512.50 |
| | CAD |

**With best regards,**

**Kim Davenport**

Less: Early Payment discount 2%:
Total for payment before due date:

29 Park Place #1303
Hattiesburg, MS 39402

Telephone: 239-404-4844
Fax:
E-mail: usa@hansaworld.com


EXHIBIT 5

# HansaWorld USA, Inc.

# INVOICE
# 2900054



| | Invoice Date | Customer No. |
|---|---|---|
| | 02/19/2010 | 1110238 |
| | **Payment Terms** | **For Attention Of** |
| | 7 Days from Invoice | |
| | **Due Date** | **Customer Tax Code** |
| | 02/26/2010 | |
| | **Salesman** | **Customer Order Number** |
| | Stephen Jay | |

| Item | Qty | Description | Price | -% | SUM |
|---|---|---|---|---|---|
| 32401000 | 1 | Books Engine | 0.00 | | |
| 32154000 | 1 | 1-3 Named Users | 350.00 | 35.00 | 227.50 |
| 32166000 | 1 | 1-3 Concurrent Users | 350.00 | 35.00 | 227.50 |
| 32138000 | 1 | Multi-User Wide Area Networking- Books | 750.00 | 35.00 | 487.50 |

Customer: 

- 2% settlement discount is subject to payments received before due date
- When payments are made by cheque, an additional fee of 2,5% at a minimum charge of 25 USD will be charged
- In case of late payment, interest on overdue payment will be charged at 13,5% per year as well as a reminder fee of 25 USD

**With best regards,**

| | |
|---|---|
| Total excluding State Tax: | 942.50 |
| State Tax %: | 0.00 |
| State Tax: | 0.00 |
| Total Invoice Value: | 942.50 |
| | USD |

**Less: Early Payment discount 2%:**

**Total for payment before due date:**

29 Park Place #1303  
Hattiesburg, MS 39402

Telephone: 239-404-4844  
Fax:  
E-mail: usa@hansaworld.com

# HansaWorld USA, Inc.

**INVOICE**
**2900011**



| | |
|---|---|
| **Invoice Date** 10/08/2009 | **Customer No.** 1110057 |
| **Payment Terms** 7 Days from Invoice | **For Attention Of** |
| **Due Date** 10/15/2009 | **Customer VAT Code** |
| **Salesman** Kim Davenport | **Customer Order Number** |

| Item | Qty | Description | Price | -% | SUM |
|---|---|---|---|---|---|
| 32172000 | 3 | POS Device Client Access License License | 600.00 | | 1 800.00 1 800.00 |
| 32172001 | 3 | Maintenance, POS Device Client Access License Maintenance | 90.00 | | 270.00 270.00 |

- 2% settlement discount is subject to payments received before due date
- When payments are made by cheque, an additional fee of 2,5% at a minimum charge of 25 GBP will be charged
- In case of late payment, interest on overdue payment will be charged at 13,5% per year as well as a reminder fee of 25 GBP

**With best regards,**

| | |
|---|---|
| Total excluding VAT: | 2 070.00 |
| VAT %: | 0.00 |
| VAT: | 0.00 |
| Total Invoice Value: | 2 070.00 |
| | USD |
| Less: Early Payment discount 2%: | |
| Total for payment before due date: | |

29 Park Place #1303
Hattiesburg, MS 39402

Telephone: 239-404-4844
Fax:
E-mail: usa@hansaworld.com

# HansaWorld USA, Inc.

**INVOICE**
**2900014**

| | |
|---|---|
| **Invoice Date** 10/14/2009 | **Customer No.** 1110438 |
| **Payment Terms** Cash with order | **For Attention Of** |
| **Due Date** 10/14/2009 | **Customer VAT Code** |
| **Salesman** Kim Davenport | **Customer Order Number** |

| Item | Qty | Description | Price | -% | SUM |
|---|---|---|---|---|---|
| | | ENGINE AND TECHNICAL REQUIREMENTS | | | |
| 32200101 | 1 | Maintenance, HansaWorld Engine<br>Includes: GL, Receivables, Payables,<br>Cash Book, Quotations, Sales Orders, Purchase<br>Orders, Inventory, System module (Forms designer)<br>Mixed GUI (Mac, Windows, Linux) | 202.50 | | 202.50 |
| 32162001 | 1 | Maintenance, Massive Cache | 202.50 | | 202.50 |
| 32154001 | 3 | Maintenance, 1-3 Named Users | 52.50 | | 157.50 |
| 32154051 | 1 | Maintenance, 4-7 Named Users | 97.50 | | 97.50 |
| 32166001 | 1 | Maint, Concurrent Enabler Per User | 97.50 | | 97.50 |
| 32172001 | 4 | Maintenance, POS Device Client Access License | 90.00 | | 360.00 |
| 32175001 | 1 | Maintenance, Point of Sale (Inlcudes Offline POS) | 397.50 | | 397.50 |
| 32115001 | 1 | Maintenance, Pricing | 97.50 | | 97.50 |
| 32148001 | 1 | Maintenance, Hansa Application Language | 600.00 | | 600.00 |
| 329999 | 1 | Support 10% | 1 275.00 | | 1 275.00 |
| | | OPTIONAL MODULES | | | |
| 32117001 | | Maintenance, Production/Assemblies | 397.50 | | |
| 32152001 | | Maintenance, Report Generator | 600.00 | | |
| | | Business Intelligence template | 3 000.00 | | |
| | | Business Intelligence users, per user | 500.00 | | |

29 Park Place #1303
Hattiesburg, MS 39402

Telephone: 239-404-4844
Fax:
E-mail: usa@hansaworld.com

# HansaWorld USA, Inc.

**INVOICE**
**2900014**



| | |
|---|---|
| **Invoice Date** 10/14/2009 | **Customer No.** 1110438 |
| **Payment Terms** Cash with order | **For Attention Of** |
| **Due Date** 10/14/2009 | **Customer VAT Code** |
| **Salesman** Kim Davenport | **Customer Order Number** |

| Item | Qty | Description | Price | -% | SUM |
|---|---|---|---|---|---|
| | | ************************************************ | | | |
| | | Total Maintenance for 1st Stores. | | | |
| | | Maintenance will be paid Upfront before each Store goes Live | | | |

- 2% settlement discount is subject to payments received before due date
- When payments are made by cheque, an additional fee of 2,5% at a minimum charge of 25 GBP will be charged
- In case of late payment, interest on overdue payment will be charged at 13,5% per year as well as a reminder fee of 25 GBP

| | | |
|---|---|---|
| **With best regards,** | **Total excluding VAT:** | 3 487.50 |
| | **VAT %:** | 0.00 |
| | **VAT:** | 0.00 |
| | **Total Invoice Value:** | 3 487.50 |
| | | **USD** |
| | **Less: Early Payment discount 2%:** | |
| | **Total for payment before due date:** | |

29 Park Place #1303
Hattiesburg, MS 39402

Telephone: 239-404-4844
Fax:
E-mail: usa@hansaworld.com

# HansaWorld USA, Inc.

**INVOICE**
**2900044**



| | |
|---|---|
| **Invoice Date** 01/08/2010 | **Customer No.** 1110052 |
| **Payment Terms** 30 days | **For Attention Of** |
| **Due Date** 02/07/2010 | **Customer Tax Code** |
| **Salesman** | **Customer Order Number** |

| Item | Qty | Description | Price | -% | SUM |
|---|---|---|---|---|---|
| | | Contract No: 11110052 | | | |
| | | Period: January 2010:December 2010 | | | |
| | | ----------- | | | |
| 32200101 | 1 | Maintenance, HansaWorld Engine | 225.00 | | 225.00 |
| 329999 | 1 | Support 10% | 150.00 | | 150.00 |
| 32108001 | 1 | Maintenance, Additional Company - Level 1 (Multi User, No Consolidation) | 300.00 | | 300.00 |
| 329999 | 1 | Support 10% | 200.00 | | 200.00 |
| 32122001 | 1 | Maintenance, CRM (Include Group Calendar & Task Manager) | 225.00 | | 225.00 |
| 329999 | 1 | Support 10% | 150.00 | | 150.00 |
| 32139001 | 1 | Maintenance, External Mail (Pop3 & SMTP) | 225.00 | | 225.00 |
| 329999 | 1 | Support 10% | 150.00 | | 150.00 |
| 32148001 | 1 | Maintenance, Hansa Application Language | 600.00 | | 600.00 |
| 329999 | 1 | Support 10% | 400.00 | | 400.00 |
| 32138001 | 1 | Maintenance, Multi-User Wide Area Networking | 225.00 | | 225.00 |
| 329999 | 1 | Support 10% | 150.00 | | 150.00 |
| 32133001 | 1 | Maintenance, Webshop | 375.00 | | 375.00 |
| 329999 | 1 | Support 10% | 250.00 | | 250.00 |
| 32162001 | 1 | Maintenance, Massive Cache | 225.00 | | 225.00 |
| 329999 | 1 | Support 10% | 150.00 | | 150.00 |
| 32143001 | 1 | Maintenance, Limited Access | 375.00 | | 375.00 |
| 329999 | 1 | Support 10% | 250.00 | | 250.00 |

29 Park Place #1303
Hattiesburg, MS 39402

Telephone: 239-404-4844
Fax:
E-mail: usa@hansaworld.com

# HansaWorld USA, Inc.



| | Invoice Date | Customer No. |
|---|---|---|
| | 01/08/2010 | 1110052 |
| | **Payment Terms** | **For Attention Of** |
| | 30 days | ~~Adam Dekker~~ |
| | **Due Date** | **Customer Tax Code** |
| | 02/07/2010 | |
| | **Salesman** | **Customer Order Number** |

| Item | Qty | Description | Price | -% | SUM |
|---|---|---|---|---|---|
| 32127001 | 1 | Maintenance, Internal Email & Conferences (100 Conferences Included) | 225.00 | | 225.00 |
| 329999 | 1 | Support 10% | 150.00 | | 150.00 |
| 32154001 | 3 | Maintenance, 1-3 Named Users | 52.50 | | 157.50 |
| 329999 | 3 | Support 10% | 35.00 | | 105.00 |
| 32154051 | 3 | Maintenance, 4-7 Named Users | 97.50 | | 292.50 |
| 329999 | 3 | Support 10% | 65.00 | | 195.00 |
| 32166001 | 1 | Maint, Concurrent Enabler Per User | 97.50 | | 97.50 |
| 329999 | 1 | Support 10% | 65.00 | | 65.00 |
| 32168001 | 6 | Maintenance, Additional Mailbox | 7.50 | | 45.00 |
| 329999 | 6 | Support 10% | 5.00 | | 30.00 |

- 2% settlement discount is subject to payments received before due date
- When payments are made by cheque, an additional fee of 2,5% at a minimum charge of 25 USD will be charged
- In case of late payment, interest on overdue payment will be charged at 13,5% per year as well as a reminder fee of 25 USD

| | | |
|---|---|---|
| | **Total excluding State Tax:** | 5 987.50 |
| | **State Tax %:** | 0.00 |
| **With best regards,** | **State Tax:** | |
| | **Total Invoice Value:** | 5 987.50 |
| | | USD |
| | **Less: Early Payment discount 2%:** | |
| | **Total for payment before due date:** | |

29 Park Place #1303  
Hattiesburg, MS 39402

Telephone: 239-404-4844  
Fax:  
E-mail: usa@hansaworld.com