10-23-09 Cust. will P/UP today.



**COPY CATS PRINTING**
905 Hardy Street
Hattiesburg, MS 39401-4163
Phone (601) 582-3019
Fax (601) 583-4024

① 

30024
INVOICE NUMBER

301626

Sold to: Hansaworld
Address:
City:
Customer's Order No.:
Customer's Name: Kimberlee Davenport
Customer's Phone No.:

Date 10-23-09

☑ CASH  ☐ MAST
☑ C.O.D.  ☐ VISA
☐ CHARGE  ☐ CRED

| QTY. SHIPPED | QTY. ORDERED | DESCRIPTION | NET | AMO |
|---|---|---|---|---|
| 6000 | 6000 | Note Pads - black + process blue ink - bond white 20# 8.27 x 11.7 pad 50/pad. | | 343. |
| 1000 | 1000 | Stationary - black + process blue ink - laser white 24# 8.27 x 11.7. | | 185 |

Cash

NO. OF BOXES: 3

RECEIVED BY

SUB TOTAL 52?
TAX 34
TOTAL 56?

PAST DUE ACCOUNTS ARE SUBJECT TO A SERVICE CHARGE OF 1-1/2% PER MONTH (18% APR). INVOICES ARE PAST DUE WHEN NOT SETTLED WITHIN 30 DAYS FROM THE DATE O



② RECEIPT
DATE 23-10-09    No. 525978
FROM Hattiesburg    $30.00
TRANSPORTATION TAXI    DOLLARS
☐ FOR RENT APT #1303 - Copy Cats Printing
☐ FOR
ACCT. / PAID / DUE    ☐ CASH ☐ CHECK ☐ MONEY ORDER
FROM AAT  TO Copy Cats
BY [signature]
1152



EXHIBIT 9