IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**KIMBERLEE DAVENPORT**                                                                        **PLAINTIFF**

**V.**                                                                 **CIVIL ACTION NO. 2:12-CV-233-KS-MTP**

**HANSAWORLD USA, and**
**KARL BOHLIN**                                                                                    **DEFENDANTS**

## ORDER

This matter is before the Court on the Plaintiff Kimberlee Davenport's Motion for Joinder [9], Motion for Leave to Amend Complaint ("Motion for Leave") [18] and Motion to Compel Corporate Disclosure Statement ("Motion to Compel") [19]. For the reasons stated below, the Motion for Leave [18] will be granted, while the Motion for Joinder [9] and Motion to Compel [19] will be denied as moot.

Plaintiff seeks leave to file an amended complaint naming HansaWorld UK Ltd. and HansaWorld Ireland as additional defendants. Federal Rule of Civil Procedure 15(a) allows the Plaintiff to amend her complaint "once as a matter of course . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). Defendant HansaWorld USA, Inc. filed its Rule 12(b) dismissal motion in this cause on March 18, 2013. (*See* Doc. No. [6].) Plaintiff's request for leave, although she was not required to make one, was filed within 21 days of the Defendant's motion. Therefore, the Plaintiff's Motion for Leave [18] will be granted as a matter of course pursuant to Rule 15.

Plaintiff's Motion for Joinder [9] also seeks to add HansaWorld UK Ltd. and HansaWorld Ireland to this litigation. This requested relief is moot due to the ruling on the Motion for Leave [18].

Plaintiff's Motion to Compel [19] is moot due to Defendant HansaWorld USA, Inc.

filing its Corporate Disclosure Statement [24] on April 15, 2013.

    IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's Motion for Leave [18] is granted and that Plaintiff shall file her amended complaint within five (5) days of the entry of this Order.

    IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's Motion for Joinder [9] and Motion to Compel [19] are denied as moot.

    SO ORDERED AND ADJUDGED this the 15th day of April, 2013.

               *s/ Keith Starrett*
           UNITED STATES DISTRICT JUDGE